**IN THE UNITED STATED DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

J Doe,

Plaintiff,

v.

Arizona Board of Regents,

Defendant.

No. CV-26-04444-PHX-MTM

**ORDER**

Pending before the Court is Plaintiff's Motion to Allow Electronic Filing by a Party Appearing without an Attorney. (Doc. 6.) Upon review of the Motion to Allow Electronic Filing and Plaintiff's declaration that she is able to comply with the equipment and rule requirements governing electronic filing, the Court will grant the Motion. Plaintiff also seeks to proceed under a pseudonym and file identifying information under seal. (Doc. 1.) The Court will temporarily grant the motion based on the limited information currently before the Court.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Allow Electronic Filing by a Party Appearing without an Attorney (Doc. 6) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall read and comply with all rules in the District of Arizona's Case Management/Electronic Case Filing (CM/ECF) Administrative Policies and Procedures Manual; have access to the required equipment and software; have a personal electronic mailbox of sufficient capacity to send and receive

electronic notice of case-related transmissions; be able to electronically transmit documents to the court in PDF format; complete the forms to register as a user with the Clerk's Office within five (5) days of the date of this order; register as a subscriber to PACER (Public Access to Electronic Records) within five (5) days of the date of this order; and comply with the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002.

Any misuse of the CM/ECF system will result in immediate discontinuation of this privilege and disabling of any password assigned to Plaintiff.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send to Plaintiff any forms required for her to formally register as a user.

**IT IS FURTHER ORDERED** that Plaintiff's motion to proceed under a pseudonym and file identifying information under seal (Doc. 1) is temporarily granted. The Clerk of Court shall file Plaintiff's lodged documents **under seal**. Plaintiff is directed to refile her motion once Defendant has been served and has answered the complaint.

**IT IS FURTHER ORDERED** granting Plaintiff's motion to extend (Doc. 11) in part. The service deadline is extended 30 days from the date of this Order.

Dated this 9th day of November, 2026.

Michael T. Morrissey

Honorable Michael T. Morrissey
United States Magistrate Judge